IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR WHEATLAND BANK,<br><br>        Plaintiff,<br><br>  v.<br><br>LEWIS MARK SPANGLER, ARTHUR P. SUNDRY, JR., MICHAEL A. SYKES, LEONARD EICHAS, FRANK MALY, DOLORES RITTER, MARY DAVOLT, BEVERLY HARVEY, MICHAEL REES, and NORMAN BELES,<br><br>        Defendants. | )<br>)<br>)<br>) Case No. 10 CV 4288<br>)<br>) Hon. William T. Hart<br>)<br>)<br>)<br>) JURY TRIAL REQUESTED<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF FEDERAL DEPOSIT INSURANCE
CORPORATION AS RECEIVER FOR WHEATLAND BANK'S
MOTION FOR LEAVE TO SUBSTITUTE COUNSEL OF RECORD**

Plaintiff Federal Deposit Insurance Corporation, as Receiver for Wheatland Bank ("FDIC-Receiver"), by its undersigned attorneys and pursuant to Local Rule 83.17, hereby moves for leave to substitute Ronald S. Safer, Antony S. Burt, Lawrence H. Heftman and Willoughby Anderson of Schiff Hardin LLP as counsel of record for FDIC-Receiver. In support of its Motion, FDIC-Receiver states as follows:

    1.    On July 9, 2010, F. Thomas Hecht, Lisa Colleen Sullivan, Patrick F. Ross, and Tina B. Solis of Ungaretti & Harris LLP (hereinafter "Ungaretti counsel"), filed appearances on behalf of FDIC-Receiver. (Doc. Nos. 3-6.)

    2.    FDIC-Receiver desires to substitute for its Ungaretti counsel the following attorneys: Ronald S. Safer, Antony S. Burt, Lawrence H. Heftman, and Willoughby Anderson of Schiff Hardin LLP (hereinafter "Schiff Hardin counsel").

1

3.     Ungaretti counsel join in this Motion and request the Court grant them leave to withdraw as counsel for FDIC-Receiver.

4.     Pursuant to Local Rule 83.17, the Schiff Hardin counsel will file appearances on behalf of FDIC-Receiver upon leave of the Court.

WHEREFORE, FDIC-Receiver respectfully requests that this Court grant leave for Ronald S. Safer, Antony S. Burt, Lawrence H. Heftman and Willoughby Anderson of Schiff Hardin LLP to file appearances and substitute as counsel of record for FDIC-Receiver in the above referenced action and that the appearances of F. Thomas Hecht, Lisa Colleen Sullivan, Patrick F. Ross, and Tina B. Solis of Ungaretti & Harris LLP on behalf of FDIC-Receiver be withdrawn.

Dated:  June 21, 2011                                                Respectfully submitted,

/s/ Antony S. Burt
Ronald S. Safer
Antony S. Burt
Lawrence H. Heftman
Willoughby Anderson

SCHIFF HARDIN LLP
233 S. Wacker Dr., Suite 6600
Chicago, IL 60606
(312) 258-5500
(312) 258-5600 (fax)

*Attorneys for Plaintiff Federal Deposit Insurance Corporation, as Receiver for Wheatland Bank*

/s/ Tina B. Solis
F. Thomas Hecht
Tina B. Solis
Lisa Colleen Sullivan
Patrick F. Ross

UNGARETTI & HARRIS LLP
3500 Three First National Plaza
Chicago, IL 60602

(312) 977-4400

*Formerly Attorneys for Plaintiff Federal Deposit Insurance Corporation, as Receiver for Wheatland Bank*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on June 21, 2011, she caused the foregoing document to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the Court's CM/ECF system, which shall send notification of such filing to all counsel of record.

/s/ Willoughby Anderson
Willoughby Anderson