IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE ) <br> CORPORATION AS RECEIVER FOR ) <br> WHEATLAND BANK, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LEWIS MARK SPANGLER, ARTHUR P. ) <br> SUNDRY, JR., MICHAEL A. SYKES, ) <br> LEONARD EICHAS, FRANK MALY, ) <br> DOLORES RITTER, MARY DAVOLT, ) <br> BEVERLY HARVEY, MICHAEL REES, ) <br> and NORMAN BELES ) <br> ) <br> Defendants. ) <br> ) | Case No. 10 CV 4288 <br> Consolidated with <br> Case No. 10 CV 4687 <br><br> Hon. William T. Hart <br><br> JURY TRIAL REQUESTED |

**DEFENDANT, MARY DAVOLT'S MOTION TO DISMISS**

Defendant Mary Davolt ("Davolt"), by and through her undersigned attorneys, pursuant to Fed. R. Civ. P. 12(b)(6), hereby moves this Court to dismiss Counts V and VI of Plaintiff, Federal Deposit Insurance Corporation's, First Amended Complaint. In support of her motion, Davolt states as follows and submits the Memorandum of Law in Support filed herewith.

1. Plaintiff Federal Deposit Insurance Corporation, as receiver for Wheatland Bank ("FDIC") filed the instant First Amended Complaint on May 5, 2011 (the "FAC").

2. Of the six counts alleged in the FAC, only Counts V (Gross Negligence) and VI (Negligence) allege claims against Davolt.

3. In the FAC, the FDIC seeks recovery from various officers and directors of Wheatland Bank for losses in connection with eight (8) specific loans.

4. Count V of the FAC alleges a claim of Gross Negligence against Davolt, as an outside director, for failure to supervise the lending operations and business affairs of Wheatland

Bank. Count VI alleges a claim of Negligence against Davolt, as an outside director, for failure to supervise the lending operations and business affairs of Wheatland Bank. Counts V and VI are nearly identical in every significant regard.

5. Count V of the FAC should be dismissed under Federal Rule of Civil Procedure 12(b)(6) because the FDIC failed to: (a) allege any actions rising to the level of gross negligence and (b) overcome the presumptions of the Business Judgment Rule.

6. Count VI of the FAC should be dismissed under Federal Rule of Civil Procedure 12(b)(6) because any claim of negligence against Davolt is barred under the Illinois Banking Act and the resolutions approved by the shareholders of Wheatland Bank.

WHEREFORE, for the forgoing reasons and for the reasons set forth in the accompanying Memorandum of Law in Support of Motion to Dismiss Pursuant to Rule 12(b)(6), Defendant Davolt respectfully requests:

(a) that this Court enter an order dismissing Counts V and VI of the First Amended Complaint as to Defendant Davolt, with prejudice.

RESPECTFULLY SUBMITTED,

DEFENDANT MARY DAVOLT

BY: /s/ Evan J. Haim

Kelly McCloskey Cherf
Patrick E. Deady
Evan J. Haim
HOGAN MARREN, LTD.
180 N. Wacker Drive, Suite 600
Chicago, IL 60606
312-946-1800