# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR WHEATLAND BANK, | ) ) ) ) | |
| Plaintiff, | ) ) ) | Case No. 10 CV 4288 Consolidated with Case No. 10 CV 4687 |
| v. | ) ) | Hon. William T. Hart |
| LEWIS MARK SPANGLER, ARTHUR P. SUNDRY, JR., MICHAEL A. SYKES, LEONARD EICHAS, FRANK MALY, DOLORES RITTER, MARY DAVOLT, BEVERLY HARVEY, MICHAEL REES, and NORMAN BELES | ) ) ) ) ) ) ) ) | JURY TRIAL REQUESTED |
| Defendants. | ) ) | |

## NOTICE OF MOTION

To: See Attached Service List

PLEASE TAKE NOTICE that on June 30, 2011, at 11:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable William T. Hart in Courtroom 2243 at the Dirksen Federal Building located at 219 S. Dearborn Street in Chicago, Illinois, and then and there present Defendant's *Motion to Dismiss Counts V and VI of Plaintiff Federal Deposit Insurance Corporation's First Amended Complaint and Memorandum in Support of Motion to Dismiss,* copies of which are attached to this notice and are hereby served upon you.

Respectfully Submitted,
Defendant Mary Davolt

BY: _____/s/Evan J. Haim_____

Kelly McCloskey Cherf
Patrick E. Deady
Evan J. Haim
HOGAN MARREN, LTD.
180 N. Wacker Drive, Suite 600
Chicago, IL 60606
312-946-1800

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd of June, 2011, I electronically filed the attached Defendant's *Motion to Dismiss and Memorandum in Support of Motion to Dismiss,* via the CM/ECF system of the United States District Court for the Northern District of Illinois system which will send notification of such filing to the following at their e-mail address on file with the Court:.

**Coleman Law Firm**
**77 West Wacker Drive**
**Suite 4800**
**Chicago, Illinois 60601-1812**
**rcoleman@colemanlawfirm.com**
**eschiltz@colemanlawfirm.com**

**Kraft Law Office**
**4343 Commerce Court**
**Suite 415**
**Lisle, IL 60532**
**mike@mkraftlaw.com**

**Nyberg & Cassioppi, LLC**
**1111 S. Washington Street**
**Napervile, IL 60540**
**jknuckles@nycalaw.com**

**Law Office of Arnold H. Landis**
**77 West Washington Street, Suite 702**
**Chicgao, IL 60602**
**arnoldlandis1@ameritech.net**
**cle@ameritech.net**
**kimm1@ameritech.net**

**Schiff Hardin LLP**
**233 South Wacker Drive**
**Suite 6600**
**Chicago, Illinois 60606**
**rsafer@schiffhardin.com**
**aburt@schiffhardin.com**
**edocket@schiffhardin.com**
**nturney@schiffhardin.com**
wanderson@schiffhardin.com

                                                /s/ Evan J. Haim