## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR WHEATLAND BANK, | )<br>)<br>) |
| Plaintiff, | ) Case No. 10 CV 4288<br>) *Consolidated with*<br>) Case No. 10 CV 4687 |
| v. | ) Hon. William T. Hart |
| LEWIS MARK SPANGLER, ARTHUR P. SUNDRY, JR., MICHAEL A. SYKES, LEONARD EICHAS, FRANK MALY, DOLORES RITTER, MARY DAVOLT, BEVERLY HARVEY, MICHAEL REES, and NORMAN BELES | ) JURY TRIAL REQUESTED |
| Defendants. | ) |

## NOTICE OF JOINT MOTION

To:   Counsel of Record as described on Certificate of Service

PLEASE TAKE NOTICE that on Thursday, June 30, 2011, at 11:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge William T. Hart or any judge sitting in his stead in Room 2243 or in the courtroom usually occupied by him at the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall present Defendants' ***Joint Motion to Dismiss the First Amended Complaint***.

/s/ Robert F. Coleman

Robert F. Coleman (ARDC # 00485004)
Eugene J. Schiltz (ARDC # 06181363)
Coleman Law Firm
77 West Wacker Drive, Ste. 4800
Chicago, Illinois 60601
312-444-1000
*Counsel for Lewis Mark Spangler, Norman Beles, Michael Rees, and Dolores Ritter*

Frederick E. Roth
Roth Law Firm
47 East Chicago Avenue
Naperville, Illinois 60540
630-778-1100
*Counsel for Beverly Harvey*

Michael Kraft
Kraft Law Offices
4343 Commerce Court, Suite 415
Lisle, Illinois 60532-0924
630-505-4119
*Counsel for Arthur P. Sundry, Jr.*

Theodore T. Poulos
Cotsirilos, Tighe & Streicker, L.L.P.
33 N. Dearborn Street, Suite 600
Chicago, Illinois 60602
312-263-0345
*Counsel for Frank Maly*

Arnold H. Landis
Law Offices of Arnold H. Landis
77 W. Washington Street, Suite 702
Chicago, Illinois 60602
312-236-6268
*Counsel for Michael A. Sykes*