IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR WHEATLAND BANK, | ) ) ) ) | |
| Plaintiff, | ) ) ) | Case No. 10 CV 4288 Consolidated with Case No. 10 CV 4687 |
| v. | ) ) | Hon. William T. Hart |
| LEWIS MARK SPANGLER, ARTHUR P. SUNDRY, JR., MICHAEL A. SYKES, LEONARD EICHAS, FRANK MALY, DOLORES RITTER, MARY DAVOLT, BEVERLY HARVEY, MICHAEL REES, and NORMAN BELES | ) ) ) ) ) ) ) ) | JURY TRIAL REQUESTED |
| Defendants. | ) ) | |

**DEFENDANT, MARY DAVOLT'S MOTION TO ADOPT CO-DEFENDANTS' MEMORANDUM IN SUPPORT OF JOINT MOTION TO DISMISS**

Defendant Mary Davolt ("Davolt"), by and through her undersigned attorneys, pursuant to Fed. R. Civ. P. 10(c), hereby moves this Court for leave to adopt the arguments set forth in the Memorandum in Support of Joint Defendants L. Mark Spangler, Arthur P. Sundry, Jr., Michael Sykes, Leonard Eichas, Frank Maly, Dolores Ritter, Beverly Harvey, Michael Rees, and Norman Beles (collectively "Joint Defendants") Motion to Dismiss Pursuant to Fed. R. Civ. P. 12.

The Joint Defendants filed a Motion to Dismiss and Memorandum in support thereof (Dkt. No. 63 and Exhibit 1 to Dkt. No. 65, respectively). The Joint Defendants' Memorandum addresses numerous points generally addressing the deficiencies in the First Amended Complaint (Dkt. No. 29).

Davolt concurrently filed her Motion to Dismiss Pursuant to Fed. R. Civ. P. 12 on June 23, 2011, addressing fatal flaws in Counts V and VI of the First Amended Complaint, the only Counts alleging claims against her. Davolt moves this Court for leave to adopt the arguments set forth in the Joint Defendants' pleadings, to the extent they apply to Davolt. The Memorandum of the Joint Defendants does not, however, address certain deficiencies in the First Amended Complaint specific to Davolt, who was an Outside Director who was not on the Loan Committee or the Board of Directors.

WHEREFORE, Davolt moves this Court for leave to adopt the Joint Defendants' Memorandum in Support of Joint Motion to Dismiss Complaint.

> RESPECTFULLY SUBMITTED,
>
> DEFENDANT MARY DAVOLT
>
> BY: __/s/ Evan J. Haim__

Kelly McCloskey Cherf
Patrick E. Deady
Evan J. Haim
HOGAN MARREN, LTD.
180 N. Wacker Drive, Suite 600
Chicago, IL 60606
312-946-1800