**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE ) <br> CORPORATION AS RECEIVER FOR ) <br> WHEATLAND BANK, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LEWIS MARK SPANGLER, ARTHUR P. ) <br> SUNDRY, JR., MICHAEL A. SYKES, ) <br> LEONARD EICHAS, FRANK MALY, ) <br> DOLORES RITTER, MARY DAVOLT, ) <br> BEVERLY HARVEY, MICHAEL REES, ) <br> and NORMAN BELES ) <br> ) <br> Defendants. ) | Case No. 10 CV 4288 <br> Consolidated with <br> Case No. 10 CV 4687 <br><br> Hon. William T. Hart <br><br> JURY TRIAL REQUESTED |

**NOTICE OF MOTION**

To:   See Attached Service List

    PLEASE TAKE NOTICE that on June 30, 2011, at 11:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable William T. Hart in Courtroom 2243 at the Dirksen Federal Building located at 219 S. Dearborn Street in Chicago, Illinois, and then and there present Defendant's *Motion to Adopt Co-Defendants' Memorandum in Support of Joint Motion to Dismiss* a copy of which is attached to this notice and is hereby served upon you.

                                                                       Respectfully Submitted,
                                                                       Defendant Mary Davolt


                                                                     BY:   /s/Evan J. Haim

Kelly McCloskey Cherf
Patrick E. Deady
Evan J. Haim
HOGAN MARREN, LTD.
180 N. Wacker Drive, Suite 600
Chicago, IL 60606
312-946-1800

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd of June, 2011, I electronically filed the attached Defendant's *Motion to Adopt Co-Defendants' Memorandum in Support of Joint Motion to Dismiss,* via the CM/ECF system of the United States District Court for the Northern District of Illinois system which will send notification of such filing to the following at their e-mail address on file with the Court:.

**Coleman Law Firm**
**77 West Wacker Drive**
**Suite 4800**
**Chicago, Illinois 60601-1812**
**rcoleman@colemanlawfirm.com**
**eschiltz@colemanlawfirm.com**

**Nyberg & Cassioppi, LLC**
**1111 S. Washington Street**
**Napervile, IL 60540**
**jknuckles@nycalaw.com**

**Kraft Law Office**
**4343 Commerce Court**
**Suite 415**
**Lisle, IL 60532**
**mike@mkraftlaw.com**

**Law Office of Arnold H. Landis**
**77 West Washington Street, Suite 702**
**Chicgao, IL 60602**
**arnoldlandis1@ameritech.net**
**cle@ameritech.net**
**kimm1@ameritech.net**

**Schiff Hardin LLP**
**233 South Wacker Drive**
**Suite 6600**
**Chicago, Illinois 60606**
**rsafer@schiffhardin.com**
**aburt@schiffhardin.com**
**edocket@schiffhardin.com**
**nturney@schiffhardin.com**
wanderson@schiffhardin.com

                                              /s/ Evan J. Haim