# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Federal Deposit Insurance Corporation as Receiver for Wheatland Bank

        Plaintiff,

v.

Case No.: 1:10−cv−04288

Honorable William T. Hart

Michael A. Sykes, et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 28, 2011:

    MINUTE entry before Honorable William T. Hart:Status hearing and motion hearing set for 6/30/2011 are stricken. Motions to dismiss [60] [63] are entered and continued. Motion for leave to file excess pages [65] is entered and continued. Motion to join [67] is entered and continued.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.