**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois –** **CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Federal Deposit Insurance Corporation as Receiver
for Wheatland Bank

                                              Plaintiff,

v.                                                        Case No.:
                                                       1:10−cv−04288
                                                       Honorable Robert M.
                                                       Dow Jr.

Michael A. Sykes, et al.

                                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 11, 2011:

      MINUTE entry before Honorable Robert M. Dow, Jr: Status hearing held on 7/11/2011. Motions to dismiss [60][63] are taken under advisement; Plaintiff is allowed to file a 40−page response brief on motions to dismiss by 8/22/2011; Defendants' reply due by 9/19/2011. Motion for leave to file brief in excess pages [65] is granted; Defendant, MARY DAVOLTS MOTION to adopt [67] co−defendants' memorandum in support of joint motion to dismiss is granted. Notices Mailed by Judge's Staff (tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.