# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE ) <br> CORPORATION AS RECEIVER FOR ) <br> WHEATLAND BANK, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LEWIS MARK SPANGLER, ARTHUR P. ) <br> SUNDRY, JR., MICHAEL A. SYKES, ) <br> LEONARD EICHAS, FRANK MALY, ) <br> DOLORES RITTER, MARY DAVOLT, ) <br> BEVERLY HARVEY, MICHAEL REES, ) <br> and NORMAN BELES ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 10 CV 4288 <br> *Consolidated with* <br> Case No. 10 CV 4687 <br><br> Hon. Robert M. Dow <br><br> JURY TRIAL REQUESTED |

## NOTICE OF MOTION

To:   See attached service list.

PLEASE TAKE NOTICE that on September 1, 2011, at 9:15 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Robert M. Dow, Jr. or any judge sitting in his stead in Courtroom 1919 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and shall present Defendant Leonard Eichas' Motion to Adopt Defendants' Joint Motion to Dismiss First Amended Complaint.

The undersigned states that a copy of the foregoing was served upon the attorney of record as listed via the ECF Filing System on August 19, 2011 before the hour of 6:00 p.m.

                                                      Respectfully submitted,

                                                      LEONARD EICHAS

                                                      By: /s/ Arnold H. Landis          .
                                                            Arnold H. Landis

Dated:  August 19, 2011

Law Offices of Arnold H. Landis, P.C.
77 W. Washington Street, Suite 702
Chicago, Illinois 60602
Telephone No. (312) 236-6268

## **SERVICE LIST**

**Attorneys for FDIC as Receiver for Wheatland Bank**
Ronald S. Safer
Antony S. Burt
Lawrence H. Heftman
Susan Willoughby Anderson
Schiff Hardin LLP
233 S. Wacker Drive, Suite 6600
Chicago, IL 60606
(312) 258-5725

**Attorneys for FDIC**

Gregory K. Conway
Counsel, Profession Liability Unit
Federal Deposit Insurance Corporation
3501 Fairfax Drive
Arlington, VA 22226

**Attorney for Beverly Harvey**

Frederick E. Roth
Roth Law Firm
47 E. Chicago Avenue, Suite 360
Naperville, IL 60540

**Attorney for Arthur P. Sundry, Jr.**

Michael Kraft
Kraft Law Offices
4343 Commerce Court, Suite 415
Lisle, IL 60532-0924

**Attorneys for Lewis Mark Spangler, Norman Beles, Michael Rees, and Dolores Ritter**

Robert F. Coleman
Eugene J. Schiltz
Coleman Law Firm
77 W. Wacker Drive, Ste. 4800
Chicago, IL 60601

**Attorney for Frank Maly**

Theordore T. Poulos
Cotsirilos, Tighe & Streicker, L.L.P.
33 N. Dearborn Street, Suite 600
Chicago, IL 60602