# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 4288 consolidated w/ 10 C 4687 | **DATE** | 8/29/2011 |
| **CASE TITLE** | FDIC vs. Spangler, et al | | |

**DOCKET ENTRY TEXT**

Defendant Leonard Eichas' MOTION to adopt defendants' joint Motion to Dismiss First Amended Complaint is Granted. Notice of Motion date of 9/1/2011 is stricken and no appearances are necessary on that date.

Docketing to mail notices.

| | Courtroom Deputy Initials: | TBK |
|---|---|---|