IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR WHEATLAND BANK,<br><br>Plaintiff,<br><br>v.<br><br>LEWIS MARK SPANGLER, ARTHUR P. SUNDRY, JR., MICHAEL A. SYKES, LEONARD EICHAS, FRANK MALY, DOLORES RITTER, MARY DAVOLT, BEVERLY HARVEY, MICHAEL REES, and NORMAN BELES,<br><br>Defendants. | )<br>)<br>)<br>) Case No. 10 cv 4288<br>)<br>) Hon. Robert M. Dow, Jr.<br>)<br>)<br>)<br>) JURY TRIAL REQUESTED<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION

TO: All Parties of Record

PLEASE TAKE NOTICE that on **Tuesday, September 13, 2011**, at **9:15 a.m.**, counsel for plaintiff Federal Deposit Insurance Corporation, as Receiver for Wheatland Bank, will appear before the **Honorable Judge Robert M. Dow, Jr.** or any judge sitting in his stead in the Courtroom usually occupied by him at the United States District Courthouse for the Northern District of Illinois, 219 South Dearborn, Chicago, Illinois, **Room 1919**, to present **Plaintiff Federal Deposit Insurance Corporation as Receiver for Wheatland Bank's Motion for Leave to Submit Supplemental Authority**, which has been filed and served through the Court's CM/ECF system.

Dated: September 7, 2011

Respectfully submitted,
/s/ Antony S. Burt
Ronald S. Safer
Antony S. Burt
Lawrence H. Heftman
Willoughby Anderson
SCHIFF HARDIN LLP
233 S. Wacker Dr., Suite 6600
Chicago, IL 60606
(312) 258-5500
(312) 258-5600 (fax)
*Attorneys for Plaintiff Federal Deposit Insurance Corporation, as Receiver for Wheatland Bank*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on September 7, 2011, he caused the foregoing document to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the Court's CM/ECF system, which shall send notification of such filing to all counsel of record.

/s/ Antony S. Burt
Antony S. Burt

CH2\10397903.1