## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
## Eastern Division

Federal Deposit Insurance Corporation as Receiver
for Wheatland Bank

           Plaintiff,

v.                                            Case No.:
                                                        1:10−cv−04288
                                                        Honorable Robert M.
                                                        Dow Jr.

Michael A. Sykes, et al.

                                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 19, 2012:

      MINUTE entry before Honorable Robert M. Dow, Jr: Status hearing held on 4/19/2012. Motion to dismiss affirmative defenses to be filed by 5/3/2012; response due by 5/17/2012; reply due by 5/24/2012; motion taken under advisement. Status hearing set for 7/31/2012 at 09:00 AM. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.