# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Federal Deposit Insurance Corporation as Receiver for Wheatland Bank

                                Plaintiff,

v.                                              Case No.: 1:10−cv−04288
                                                      Honorable Robert M. Dow Jr.

Michael A. Sykes, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 25, 2012:

     MINUTE entry before Honorable Robert M. Dow, Jr: Plaintiff's motion to strike certain affirmative defenses [122] is denied as moot in lieu of the amended affirmative defenses filed by Defendants on 4/5/12. Pursuant to the Court's order of 4/19/12 [130], Plaintiff has until 5/3/12 to file a motion challenging Defendants' amended affirmative defenses. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.