# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR WHEATLAND BANK, | )<br>)<br>) |
| Plaintiff, | ) |
| v. | ) Case No. 10 cv 4288<br>) Hon. Robert M. Dow, Jr. |
| LEWIS MARK SPANGLER, ARTHUR P. SUNDRY, JR., MICHAEL A. SYKES, LEONARD EICHAS, FRANK MALY, DOLORES RITTER, MARY DAVOLT, BEVERLY HARVEY, MICHAEL REES, and NORMAN BELES, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## STIPULATION TO DISMISS WITH PREJUDICE PLAINTIFF'S CLAIMS AGAINST LEWIS MARK SPANGLER, ARTHUR P. SUNDRY, JR., MICHAEL A. SYKES, LEONARD EICHAS, FRANK MALY, MARY DAVOLT, BEVERLY HARVEY, MICHAEL REES, AND NORMAN BELES

Plaintiff Federal Deposit Insurance Corporation as Receiver for Wheatland Bank ("FDIC-Receiver"), and Defendants Lewis Mark Spangler, Arthur P. Sundry, Jr., Michael A. Sykes, Leonard Eichas, Frank Maly, Mary Davolt, Beverly Harvey, Michael Rees, and Norman Beles (collectively, "Defendants"), hereby file this stipulation to dismiss with prejudice all of the FDIC-Receiver's claims against Defendants in this action, each party to bear its own costs.

Dated:  July 7, 2014

By: /s/ Robert F. Coleman
Robert F. Coleman (ARDC # 00485004)
Coleman Law Firm
77 West Wacker Drive, Ste. 4800
Chicago, Illinois 60601
312-444-1000

*On behalf of Lewis Mark Spangler,
Norman Beles, and Michael Rees*

By: /s/ Arnold H. Landis
Arnold H. Landis (ARDC # 1568078)
Law Offices of Arnold H. Landis
77 W. Washington Street, Suite 702
Chicago, Illinois 60602
312-236-6268

*On behalf of Michael A. Sykes and
Leonard Eichas*

By: /s/ Kelly McCloskey Cherf
Kelly McCloskey Cherf (ARDC # 6220391)
Patrick E. Deady (ARDC # 0596922)
J. Michael Tecson (ARDC # 6276036)
Hogan Marren, Ltd.
321 N. Clark Street, Suite 1301
Chicago, Illinois 60654

*On behalf of Mary Davolt*

By: /s/ Frederick R. Roth
Frederick R. Roth
47 E. Chicago Avenue, Suite 360
Naperville, Illinois 60540
630-778-1121

*On behalf of Beverly Harvey*

Respectfully submitted,

/s/ Antony S. Burt
Ronald S. Safer
Antony S. Burt
Lawrence H. Heftman
SCHIFF HARDIN LLP
233 S. Wacker Dr., Suite 6600
Chicago, IL 60606
(312) 258-5500
(312) 258-5600 (fax)

Gregory K. Conway
Counsel, Professional Liability Unit
Federal Deposit Insurance Corporation
3501 Fairfax Drive, Room B-7046
Arlington, VA 22226

(703) 516-1279
(703) 516-5067 (fax)

*Attorneys for Plaintiff Federal Deposit Insurance
Corporation, as Receiver for Wheatland Bank*

By: /s/ Theodore T. Poulos
Theodore T. Poulos (ARDC # 6195680)
Cotsirilos, Tighe & Streicker,
Poulos, & Campbell, Ltd.
33 N. Dearborn Street, Suite 600
Chicago, Illinois 60707

*On behalf of Frank Maly*

By: /s/ Michael Kraft
Michael Kraft (ARDC # 6197378)
Kraft Law Offices
4343 Commerce Court, Suite 415
Lisle, Illinois 60532-0924
630-505-4119

*On behalf of Arthur P. Sundry, Jr.*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on July 7, 2014, he caused the foregoing document to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the Court's CM/ECF system, which shall send notification of such filing to all counsel of record.

/s/ Lawrence H. Heftman