# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Federal Deposit Insurance Corporation as Receiver
for Wheatland Bank

|  |  |
|---|---|
| Plaintiff, | |
| v. | Case No.: |
| | 1:10–cv–04288 |
| | Honorable Robert M. |
| | Dow Jr. |
| Michael A. Sykes, et al. | |
| | Defendant. |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 9, 2014:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Pursuant to Stipulation [340], the parties agree to the dismissal of all claims against Defendants with prejudice, each party to bear its own costs. Any and all pending motions are stricken as moot. Status hearing date of 8/1/2014 is stricken. Trial date of 10/16/2014 is stricken. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.